**Order filed May 28, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00993-CV
_____

**SAMUEL JOSEPH JACKSON, Appellant**

**V.**

**PAUL HOUSTON LAVALLE, Appellee**

**On Appeal from the 113th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-17352**

## O R D E R

This appeal is from a judgment signed November 14, 2014. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record.

On February 9, 2015, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days,

appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b).

Appellant has not provided this court with proof of payment for the record. Appellant is ordered to provide this court with proof of payment for the record within fifteen days of the date of this order or the appeal will be dismissed.

PER CURIAM